NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### CA 03-0330

**ANTHONY RAY BOYD**

**VERSUS**

**JULIE ESTILETTE BOYD**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF IBERIA, NO. 87,837
HONORABLE KEITH R. J. COMEAUX, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**JIMMIE C. PETERS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, John D. Saunders, and Jimmie C. Peters, Judges.

**AFFIRMED.**

**George R. Knox**
**Versailles Centre**
**102 Versailles Boulevard, Suite 250**
**Post Office Box 3543**
**Lafayette, LA 70502**
**(337) 264-9083**
**COUNSEL FOR DEFENDANT/APPELLEE:**
        **Julie Estilette Boyd**

**Frank E. Barber**
**Attorney at Law**
**724 South Lewis Street**
**Post Office Box 9207**

**New Iberia, LA 70562**
**(337) 364-3629**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Anthony Ray Boyd**